**Order entered November 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00579-CR
No. 05-13-00580-CR

**BRODERICK JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F12-58467-T, F12-58468-T**

## ORDER

The Court **REINSTATES** the appeals.

On October 16, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Julie Woods; (3) counsel's explanation for the delay in filing appellant's brief is her workload; and (4) counsel requested thirty days from the October 29, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **DECEMBER 2, 2013**. Because appellant has already been granted one extension of time to file his brief and the brief is now two months overdue, no further extensions will be granted. If appellant's brief is not filed by the date

specified, the Court will order Julie Woods and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Julie Woods, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.


/s/     LANA MYERS
        JUSTICE